UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE RAY LILLY,

        Plaintiff,                Case No. 1:11-cv-888

v.                                      Honorable Paul L. Maloney

RICHARD MCKEON et al.,

        Defendants.
_____/

## JUDGMENT

       In accordance with the Opinion filed this date:

       IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  September 21, 2011           /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge